```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

**PATRICIA A. PORTER,**           *
                                  *
    **Plaintiff,**               *
                                  *
vs.                               *   CIVIL ACTION 11-00350-B
                                  *
**MICHAEL J. ASTRUE, Commissioner** *
**of Social Security,**             *
                                  *
    **Defendant.**                *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for supplemental security income, be **REVERSED and REMANDED.**

    **DONE** this **28th** day of **September, 2012.**

                                        **/s/ SONJA F. BIVINS**
                              **UNITED STATES MAGISTRATE JUDGE**